UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>GELATAIO, INC., a California Corporation,<br><br>    Defendants. | Case No. 4:22-cv-01385-HSG<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to stipulation of the parties, this action is dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 7/5/2022

_Haywood S. Gilliam Jr._
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge